UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUIS JERNIGAN,

        Plaintiff,

   v.

CITY OF BERKELEY,

        Defendant.

Case No. 16-cv-00922-HSG

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On February 24, 2016, Plaintiff Louis Jernigan filed a complaint against Defendant City of Berkeley. Dkt. No. 1. On April 5, 2016, the Court denied Plaintiff's request to proceed in forma pauperis and instructed Plaintiff that this action would be dismissed without prejudice if Plaintiff failed to pay the civil filing fee on or before April 12, 2016. Dkt. No. 4.

The time to pay the civil filing fee has passed, and Plaintiff has failed to submit his payment. As such, this action is hereby DISMISSED WITHOUT PREJUDICE in accordance with the Court's April 5, 2016, order. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 26, 2016

                                               _____
                                               HAYWOOD S. GILLIAM, JR.
                                               United States District Judge